In the Interest of: D.R.J., Respondent,

v.

*, Appellant.

No. 67631.

Missouri Court of Appeals,
Eastern District,
Division One.

Dec. 5, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 20, 1996.

Victor C. Strauss, Jr., St. Louis, for appellant.

Donna L. Head, Lisa A. Herder, Guardian ad Litem, St. Louis, for respondent.

Before REINHARD, P.J., and KAROHL and DOWD, JJ.

### ORDER

PER CURIAM.

Father appeals the trial court's judgment terminating his parental rights in D.R.J., a minor. We affirm. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).